WILLIAM R. EDWARDS, [S.B.N.: #147284]
EDWARDS & ASSOCIATES
12361 Lewis Street, Suite #201
Garden Grove, California   92840
Telephone:  (714) 557-1818
Fax:  (714) 557-2722
Our File No.:  #04-7624

Attorney for the Plaintiff,
**FAITH ADAMS**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FAITH ADAMS | Civil Action No. 1:06cv00633 AWI DLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| NATIONAL RAILROAD PASSENGER CORPORATION (a.k.a. AMTRAK) | (Fed. R. Civ. P. § 41(a)(1)) |
| Defendants. | |

Plaintiff, Faith Adams, by her counsel, William R. Edwards of Edwards & Associates, and Defendant National Railroad Passenger Corporation by their counsel, B. Clyde Hutchinson, of Lombardi Loper & Conant, LLP, hereby stipulate to the dismissal, with prejudice, of the above-captioned matter in its entirety.

//

-1-
STIPULATION AND ORDER FOR DISMISSAL OF ACTION
13249-35719 RJE 535607.1

IT IS SO STIPULATED.

DATED: March 30, 2007						EDWARDS & ASSOCIATES

								By:	/s/ William R. Edwards
									William R. Edwards
									Attorneys for Plaintiff Faith Adams

DATED: March 30, 2007						LOMBARDI, LOPER & CONANT, LLP

								By:	/s/ R. James Eliassen
									R. James Eliassen
									Attorneys for Defendant
									National Railroad Passenger Corporation

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii).  ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   April 3, 2007**			    /s/ Anthony W. Ishii
0m8i78						UNITED STATES DISTRICT JUDGE